IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAUREEN LEAHY,

                Plaintiff,                ORDER

    v.

                                  09-cv-717-slc

DAVID ANDERSON, Human Resource Director;
STEVENS POINT AREA SCHOOL DISTRICT;
WISCONSIN EDUCATION ASSOCIATION
COUNCIL; LINDA HARFST, Esq.;
BRUCE MEREDITH, Esq.;
and TIM SMITH, Uniserve Officer;

                Defendants.

---

This is a civil action in which plaintiff Maureen Leahy alleges that defendants violated her rights under the Americans with Disabilities Act when she was terminated from her teaching position at the Stevens Point Area School District. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. I note that plaintiff has not signed the affidavit of indigency she submitted in this case. Therefore, a copy of this document is being returned to plaintiff with her copy of this order so that she may sign and return the affidavit to this court. If plaintiff wishes to continue with this lawsuit she will be required to file the signed affidavit of indigency by December 18, 2009.

ORDER

IT IS ORDERED that plaintiff may have until December 18, 2009, in which to file a signed copy of her affidavit of indigency. If, by December 18, 2009, plaintiff fails to submit the signed affidavit of indigency, I will assume that she wishes to withdraw this action voluntarily

and, in that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing her case at a later date.

Entered this 3rd day of December, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge