IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAUREEN LEAHY,

                      Plaintiff,                            MEMORANDUM

      v.                                                  09-cv-717-wmc

STEVENS POINT AREA SCHOOL DISTRICT,

                      Defendant.

---

Plaintiff Maureen Leahy has filed an affidavit from Carol Ivey on docket #27. Affiant Carol Ivey has not authenticated the document as required by 28 U.S.C. § 1746, which provides that sworn statements are admissible in evidence in federal court under one of two circumstances: one is that they contain the signature and seal of a notary public. The second is if the signer makes a declaration at the completion of his statement that includes the following sentence followed by a signature:

> I declare under penalty of perjury under the laws of the United
> States of America that the foregoing is true and correct.
> Executed on [*date*]: _____[*Signature*]

I am returning plaintiff's document to her with a copy of this memorandum and giving her until September 15th, 2010, in which to obtain the authenticated signature of Carol Ivey and return the document to this court. Failure to do so will result in the document being stricken.

Entered this 7th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge