IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAUREEN LEAHY,

      Plaintiff,

v.

STEVENS POINT AREA SCHOOL
DISTRICT, DAVID ANDERSON,
BRUCE MEREDITH, LINDA HARFST,
TIM SMITH and WISCONSIN
EDUCATION ASSOCIATION COUNCIL,

      Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-717-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Maureen Leahy leave to proceed *in forma pauperis* as to defendants David Anderson, Linda Harfst, Bruce Meredith, Tim Smith and Wisconsin Education Association Council.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Stevens Point Area School District granting its motion for summary judgment and dismissing this case.

_____      ___3/8/11___
Peter Oppeneer, Clerk of Court                Date